■ MARCY BRADY, Appellant, v G.D. SEARLE & Co., INC., Respondent.—Appeal by the plaintiff, from an order of the

Supreme Court, Westchester County (Ruskin, J.), entered November 16, 1990.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Ruskin at the Supreme Court. Bracken, J. P., Lawrence, Miller, Copertino and Santucci, JJ., concur.